IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT VALENZUELA,

        Plaintiff

v.

CASE NO.: 8:19-cv-02181-JSM-CPT

AXIOM ACQUISITION VENTURES, LLC,

        Defendant.
_____/

## DECLARATION OF JENNA WILMES IN SUPPORT OF DEFENDANT AXIOM ACQUISITION VENTURES, LLC'S MOTION FOR SUMMARY JUDGMENT

1.    My name is Jenna Wilmes. I am over 18 years of age, fully competent, and duly authorized to make this Declaration. If called as a witness in this cause, I could and would testify competently to the matters set forth herein.

2.    I am Director of Compliance for Defendant Axiom Acquisition Ventures, LLC ("Axiom). I am personally familiar with the procedures by which books and records contained in the files of Axiom are created and maintained, including its records and procedures relating to the purchase, sale, and assignment of defaulted credit accounts. These records are accepted and entered into Axiom's files in the regular course of its business activity, at or around the time of the events described therein, by persons with knowledge of the matter recorded or from information supplied by persons with such knowledge and are kept by Axiom in the course of its regularly conducted business activity.

3.    As such, I have personal knowledge of and access to Axiom's books and records, including electronic records ("Business Records"), relating to a pool of charged off accounts sold or assigned by Cross River Bank to Axiom on July 18, 2019, which included the account of Plaintiff Robert Valenzuela, account number ending in -9063 ("Account").

1

4.      I reviewed the Business Records related to the Account and, based upon my review of the Business Records I have personal knowledge of the facts and matters recited herein.

5.      On July 18, 2019, Axiom purchased the Account from Cross River Bank. That same day, Axiom assigned all its rights, title, and interest in the Account to Grassy Sprain Group, LLC, 35 E. Grassy Sprain Road, Suite 210, Yonkers, NY 10710.

6.      On July 22, 2019, Axiom sent correspondence to Plaintiff Robert Valenzuela advising him of the transaction and sale. A true an accurate copy of the correspondence of July 22, 2019, is attached to this Declaration as Exhibit 1 and by reference made a part hereof.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in this Declaration are true and correct to the best of my knowledge.

Executed on this 13th day of January 2020.

_____
Jenna Wilmes

# EXHIBIT 1

**AXIOM ACQUISITION VENTURES**

12425 Race Track Rd. Ste 100
Tampa, FL 33626
Toll Free: (855) 695-1308

**Personal and Confidential**

Monday to Friday 8:00 AM to 5:00 PM EST

July 22, 2019

**LETTER TO OBLIGORS**

Robert Valenzuela
1052 Eucalyptus Ave
Brawley, CA 92227-3405

RE:   Sold Account: 9839063
Sold Date: 7/18/2019
Originator: CROSS RIVER BANK - LOANDEPOT.COM
Charge Off Date: 6/17/2019
Charge Off Balance: $ 12,484.59
Last Payment Date: 1/8/19
Last Payment Amount: $ 374.42

Dear Robert Valenzuela:

On 7/18/2019 Axiom Acquisition Ventures, LLC purchased the above referenced account from . On that same date Axiom Acquisition Ventures, LLC assigned all rights and sold the above referenced account to Grassy Sprain Group LLC. The Charge Off Balance consists of Principal, Interest and Fees due as of the above "Sale Date". This transfer does not change the terms and conditions of the prior agreement.

The purpose of this letter is to inform you of the change of owner. Effective immediately, please remit future payments and send correspondences to:

Grassy Sprain Group LLC
35 E Grassy Sprain Rd
Suite 210
Yonkers, NY 10710
(914) 337-7300
info@grassysprain.com

If you have already remitted payments to "Axiom Acquisition Ventures, LLC", the payments will be forwarded to Grassy Sprain Group LLC.

Please note this is not a bill.

Sincerely,

Axiom Acquisition Ventures, LLC

FCFA / 14 / 274002946144

35 / 000000034 / 000000001

Grassy Sprain Group LLC
35 E Grassy Sprain Rd
Suite 210
Yonkers, NY 10710

July 22, 2019

Robert Valenzuela
1052 Eucalyptus Ave
Brawley, CA 92227-3405